# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Spero, Joseph C. | US Dist. Court, San Francisco | 08/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (F/T) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Under UTMA, California, [____] #1 |
| 2. | Custodian | Under UTMA, California, [____] #2 |
| 3. | Author | LexisNexis, formerly known as Matthew Bender & Co., Inc. |
| 4. | Director | Board of Directors, Congregation Rodef Sholom |
| 5. | Director | Edward J. McFetridge American Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/1/12 | LexisNexis: payment for work as author on updates of Moore's Federal Practice |
| 2. | 12/1/11 | LexisNexis: payment for work as author on updates of Moore's Federal Practice |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spero, Joseph C. | 08/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | LexisNexis: payment for work as author on updates of Moore's Federal Practice | $2,072.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Chambers Attorney: California Supreme Court |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spero, Joseph C. | 08/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spero, Joseph C. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | J | T | | | | | |
| 2. Citibank California Tax-Free Revenue Mutual Fund | A | Dividend | J | T | | | | | |
| 3. Davis New York Venture A Mutual Fund | A | Dividend | J | T | | | | | |
| 4. Davis New York Venture A Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Franklin Mut'l Disc. ClassA (TEDIX) (fka FTMut'lDiscClass I) | B | Dividend | K | T | | | | | |
| 6. Selected American Shares Mutual Fund | D | Dividend | M | T | | | | | |
| 7. Third Avenue Value Mutual Fund | C | Dividend | M | T | | | | | |
| 8. Tweedy Browne Global Value Mutual Fund | D | Dividend | M | T | | | | | |
| 9. First Eagle Global Fund C | A | Dividend | K | T | | | | | |
| 10. First Eagle Global Fund C | C | Dividend | M | T | Sold (part) | 11/29/12 | J | A | |
| 11. Davis New York Venture Mutual Fund C | A | Dividend | J | T | | | | | |
| 12. IVA Worldwide Fund Class C | C | Dividend | M | T | | | | | |
| 13. Government Cash Trust Money Market Fund | A | Dividend | K | T | | | | | |
| 14. Ally Bank CDs | B | Interest | M | T | | | | | |
| 15. IVA Worldwide Fund Class C | A | Dividend | J | T | Buy | 03/26/12 | J | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spero, Joseph C. | 08/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Joseph C. Spero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544